**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BASIL SIMON, in his capacity as receiver for
FutureNet Group, Inc.,

                     Plaintiff,

      -against-

CAPITAL MERCHANT SERVICES, LLC,
                     Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/2020

19 CIVIL 904 (KPF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 10, 2020, CMS's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         February 10, 2020

                                      **RUBY J. KRAJICK**
                                      **Clerk of Court**

           BY: _____
                                      **Deputy Clerk**